**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309–2044
www.iasb.uscourts.gov

| | |
|---|---|
| In the Matter of:<br>Scott Brian Hubbell | Case No. 19–01183–als7 |
| Debtor(s) | |
| Deere & Company  et al. | |
| Plaintiff(s) | Adversary No. 19–30068–als |
| vs. | |
| Scott Brian Hubbell | |
| Defendant(s) | |

**Notice and Order Regarding Telephonic Hearing on:**
**STATUS CONFERENCE Re: Motion for Default Judgment (#4) and Answer to Complaint (#8)**
(date entered on docket: February 3, 2020)

**TO:**
Wesley B. Huisinga, Attorney for Plaintiff, (319) 365–9461
Samuel Z. Marks, Attorney for Defendant, (515) 276–7211

---

**YOU ARE HEREBY NOTIFIED that the Court will conduct a telephonic hearing on March 3, 2020.**
Parties should be prepared to accept the Court's call during the **02:30 PM CDT** hour or as soon thereafter as possible.
Time allotted for Hearing: **10 Minutes**

---

**Deadlines**

**IT IS HEREBY ORDERED** that:

- **Objections,** if no bar date preceded this motion, are due on or before **N/A.**
- **Exhibits**, if any, shall be exchanged and submitted by **N/A.** Exhibit list(s) must be filed with the Clerk of Court by the same date.
    - Exhibits must be in pdf format. Exhibits shall be submitted to the Clerk's Office on DVD/CD or USB drive OR to Chambers at **als_exhibits@iasb.uscourts.gov.**
    - The electronic exhibits must be clearly labeled with the number or letter, which corresponds to the exhibit list.
    - Plaintiff(s) shall use consecutive numbers; Defendant(s) shall use consecutive letters. If a matter involves multiple parties, self–explanatory acronyms should be used in addition to numbers or letters.
    - The exhibits submitted to the Clerk's Office will be identified, stored and utilized to designate the official record.
- **Briefs** due on or before **N/A.**

---

**Scheduling/Continuances**

**If no objection is filed by the date indicated above, the court may enter an order on the uncontested matter and cancel the hearing.**

The parties shall promptly advise the judge's chambers at **515–284–6118** of any resolution or change in attorney handling the hearing.

An attorney seeking a continuance must file a motion to continue hearing that indicates good cause for the continuance and that contains a professional or verified statement that one's client and all opposing parties have been contacted and that those entities either consent to or resist the motion.

---

Contact Jan Kirschman, Courtroom Deputy, 515–323–2836, jmk@iasb.uscourts.gov or
Allie Quin, Law Clerk, 515–284–6119, acq@iasb.uscourts.gov

Judge Anita L. Shodeen
United States Bankruptcy Judge